Waivlnd.wpf (EDNY 2/99)

# United States District Court

FOR THE **DISTRICT OF** GUAM

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT



| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WAIVER OF INDICTMENT** |
| v. | |
| CHONG SUK HAN | Case Number: **05-00051** |
| Defendant(s). | |

I, _CHONG SUK HAN_ the above-named defendant, who is accused of

Possession with Intent to Distribute Methamphetamine Hydrochloride in violation of Title 21, United States Code, Sections 841(a)(1) and (b).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _JUNE 16, 2005_ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_/s/ Chong S. Han_
CHONG SUK HAN
*Defendant*

_/s/ Peter␣␣␣␣_
PETER C. PEREZ
*Counsel for Defendant*

Before: _/s/_
*Judicial Officer*

**ORIGINAL**

Electronically produced by Glenda Abelman, USAO, EDNY