ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JUN 16 2005

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00051 |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| vs. ) | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** |
| ) | [21 U.S.C. §§841(a)(1) and (b)] |
| CHONG SUK HAN, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 26, 2003, in the District of Guam, the defendant, CHONG SUK HAN, did knowingly and intentionally possess with intent to distribute less than five (5) grams of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b).

Dated this 15th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney