IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00051**   DATE: 06/16/2005   TIME: 8:41 a.m.

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**
Court Reporter: Wanda M. Miles
Electronically Recorded - Run Time: 8:41:45 - 8:51:45

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

*********************APPEARANCES*************************

**DEFT: CHONG SUK HAN**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY : PETER PEREZ**
( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL:

INTERPRETER: HEE-JUNG WON, Previously sworn

LANGUAGE: KOREAN

**PROCEEDINGS:** - WAIVER OF INDICTMENT
- FILING OF INFORMATION
- PLEA / SENTENCING

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE   ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:        Total offense level:        Criminal History Category:

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defendant waived Indictment and entered her plea of Guilty to the Information. The Court imposed sentence which was previously stated on June 10, 2005 in Criminal Case No. 03-00003.

SENTENCE:   CR-05-00051                                    DEFENDANT: CHONG SUK HAN

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF FOUR MONTHS WITH CREDIT FOR TIME SERVE (125 DAYS).

(   )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FOUR YEARS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL SERVE FOUR MONTHS ON HOME DETENTION, SUBJECT TO ELECTRONIC MONITORING TO INCLUDE THE STANDARD CONDITIONS OF HOME DETENTION SET FORTH BY THE U.S. PROBATION OFFICE.

2. DEFENDANT SHALL OBEY ALL FEDERAL, STATE AND LOCAL LAWS.

3. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE (1) URINALYSIS TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO TWO MORE URINALYSIS THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ALCOHOL DURING HER TERM OF SUPERVISION.

8. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL MAKE A CO-PAYMENT TO THE PROGRAM AT A RATE TO BE DETERMINED BY U.S. PROBATION OFFICE.

DEFENDANT SHALL PAY TO THE UNITED STATES A FINE OF $2,000.00 WHICH SHALL BE PAID DURING HER TERM OF SUPERVISION.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS.

TIME ENDED: 8:51 A.M.