FILED
DISTRICT COURT OF GUAM

AUG 15 2005

MARY L.M. MORAN
CLERK OF COURT



**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Chong Suk Han*



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00051 |
| vs. | **STIPULATION TO RELEASE PASSPORT** |
| CHONG SUK HAN, | |
| Defendant. | |

Judgment in this matter was filed on June 17, 2005. The undersigned stipulate to releasing Defendant Chong Suk Han's passport. All other conditions shall remain in effect.

SO STIPULATED this *15th* day of August, 2005.

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

**LUJAN, UNPINGCO, AGUIGUI**
**& PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Chong Suk Han*

ORIGINAL