LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Chong Suk Han*

FILED
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHONG SUK HAN,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00051<br><br>**ORDER re: STIPULATION TO RELEASE DEFENDANT'S PASSPORT** |

This Stipulation filed on August 15, 2005, wherein the Defendant's passport is to be released to her is hereby approved.

SO ORDERED: *August 16, 2005*.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　District Court of Guam

RECEIVED
AUG 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM