# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No.: 05-00051-001 |
| | ) | |
| vs. | ) | **SPECIAL REPORT** |
| | ) | |
| CHONG SUK HAN, | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Supervised Release**

Chong Suk Han was sentenced on June 16, 2005 by the Honorable Ricardo S. Martinez for Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1) and (b).  She received a sentence of four months imprisonment, followed by a four year term of supervised release with conditions to include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; serve four months on home detention, subject to electronic monitoring; refrain from the use of alcoholic; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; pay a $100 special assessment fee; and pay a $2,000 fine.  **Conditions modified** on June 6, 2006 to include that she submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer. Her term of supervised release commenced on June 16, 2005 and is scheduled to expire on June 15, 2009.

Ms. Han has complied with all conditions and instructions as required.  She completed her drug treatment program, has consistently tested negative on drug and alcohol tests conducted to date, and submitted to a DNA sample. In addition, she completed her home confinement term and paid the fees in full, and paid her special

SPECIAL REPORT
Req est for Early Termination from Probation
Re: HAN, Chong Suk
USDC Cr. Cs. No.: 05-00051-001
May 22, 2008
Page 2

assessment fee and fine obligations as required. In addition, Ms. Han has been gainfully employed during her supervision term. On June 16, 2008, she will have completed three years of supervised release ordered by the Court. Assistant United States Attorney Marivic David has no objections to the request.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e)(1), as such action is warranted by Ms. Han's compliance with his conditions of supervised release and is in the interest of justice.

RESPECTFULLY submitted this 22nd day of May 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer


Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.  05-00051-001

CHONG SUK HAN

On June 16, 2005, Chong Suk Han began a four year term of supervised release. She has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Ms. Han be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:  AUSA
     Defense Counsel
     File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.