PROB 35
(3/07)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.   05-00051-001

CHONG SUK HAN

On June 16, 2005, Chong Suk Han began a four year term of supervised release. She has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Ms. Han be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:   AUSA
      Defense Counsel
      File

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 23, 2008